**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Joanna Rae DUNGY, Defendant–**
**Appellant.**

No. 15–3902.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 4, 2016.

Filed: May 9, 2016.

John E. Beamer, U.S. Attorney's Office, Des Moines, IA, for Plaintiff–Appellee.

James Patrick Whalen, Whalen Law Office, Plano, TX, for Defendant–Appellant.

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

PER CURIAM.

Joanna Rae Dungy directly appeals the district court's[1] judgment revoking her supervised release and sentencing her to two months in prison and three years of supervised release with a special condition that she reside in a residential re-entry program for up to 120 days following her incarceration. On appeal, Dungy argues that the court lacked statutory authority to order placement in the residential re-entry program and that the court abused its discretion in imposing this condition.

After careful review, this court affirms. *See* 18 U.S.C. § 3583(d) (court may order special release condition that is reasonably related to 18 U.S.C. § 3553(a) factors, involves no greater deprivation of liberty than reasonably necessary, and is consistent with policy statements); *United States v. Wiedower*, 634 F.3d 490, 493 (8th Cir.2011) (court has broad discretion when imposing release conditions; when crafting special condition, court must make individualized inquiry into facts and circumstances underlying case and make sufficient findings on record so as to ensure condition satisfies statutory requirements).

The judgment is affirmed, and counsel's motion to withdraw is granted.

---

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.